PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jabbar Pharmes                                    Cr.: 03-CR-00029-001

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 02/23/06

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: Time Served; Three (3) years supervised release.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 02/23/06

Assistant U.S. Attorney: Melissa Jampol                              Defense Attorney: Thomas Dunn

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On October 12, 2006, the offender was arrested by the Jersey City Police Department, and charged with the law violations of possession of a firearm for unlawful purposes(handgun), unlawful possession of a weapon(handgun), and being a certain person not to have a weapon. |
| 2. | The offender has violated the supervision condition which states '**You shall not possess a firearm or other destructive device.**' |
| | The offender possessed a firearm(handgun) on October 10, 2006, as evidenced by his Jersey City Police Department arrest on October 12, 2006, whereby he was charged with the law violations of possession of a firearm for unlawful purposes(handgun), unlawful possession of a weapon(handgun), and being a certain person not to have a weapon. |

PROB 12C - Page 2
Jabbar Pharmes

3. The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

   The offender submitted a false monthly supervision report for the month of June 2006, by answering "no" to the following question on side two Part E of the document, "did you possess or use any illegal drugs," when in fact he used ecstasy as evidenced by a urine specimen submitted on June 15, 2006, which tested positive for the aforementioned drug.

   The offender submitted a false monthly supervision report for the month of August 2006, by answering "no" to the following question on side two Part E of the document, "did you possess or use any illegal drugs," when in fact he used ecstasy daily from on or about August 25 through August 31, 2006, as evidenced by his verbal admission to the undersigned officer on October 3, 2006.

   The offender submitted a false monthly supervision report for the month of August 2006, by answering "no" to the following question on side two, Part E of the document, "were you questioned by any law enforcement officers," when in fact he had contact with the Jersey City Police as evidenced by his receipt of a motor vehicle summons on August 7, 2006, for driving without a license, and on August 30, 2006, when he was issued a summons for playing loud music.

   The offender submitted a false monthly supervision report for the month of September 2006, by answering "no" to the following questions on side two Part E of the document, "did you possess or use any illegal drugs," when in fact he used ecstasy daily from on or about September 1 through September 17, 2006, as evidenced by his verbal admission to the undersigned officer on October 3, 2006.

4. The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

   On October 3, 2006, the offender failed to answer truthfully all inquiries by the probation officer, as evidenced by his verbal denial of recent drug use when in fact a urine specimen obtained that day indicated positive results for marijuana and PCP.

   The offender failed to follow the instructions of his probation officer as evidenced by his failure to report to a job fair on Tuesday, September 26, 2006, despite being instructed to do so in correspondence sent to him on September 19, 2006.

5. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

   The offender failed to notify his probation officer until September 5, 2006, that he quit his job in August 2006.

PROB 12C - Page 3
Jabbar Pharmes

6. The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

   The offender used ecstasy as evidenced by a positive result returned on urine specimen C00395992 obtained from Pharmes on June 15, 2006.

   The offender used marijuana and PCP as evidenced by a positive result returned on urine specimen C00519594 obtained from Pharmes on October 3, 2006.

   The offender used ecstasy daily from August 25 through September 17, 2006, as evidenced by his verbal admission to the undersigned officer on October 3, 2006.

7. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

   The offender failed to notify the undersigned officer within seventy-two(72) hours of his contact with the Jersey City Police on August 7, 2006, and August 30, 2006.

8. The offender has violated the supervision condition which states "**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

   The offender failed to submit to urinalysis testing as evidenced by his submission of adulterated urine specimens on May 8, 2006(specimen # C00485277), May 16, 2006(specimen # C00485282), and September 5, 2006(specimen # C00550271), all of which were returned from the lab as invalid tests due to invalid creatinine levels and the specific gravity levels being too high.

   The offender failed to abide by the rules of his outpatient drug treatment program as evidenced by his failing to attend counseling sessions at the Jersey City Medical Center Program on September 29, October 10, and October 11, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 10/16/06

PROB 12C - Page 4
Jabbar Pharmes

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/25/06
_____
Date

**Dennis M. Cavanaugh**
U.S. District Judge