PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

# Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jabbar Pharmes

Cr.: 03-CR-00029-001

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 02/23/06; 05/31/07 (Violation of Supervised Release)

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: Time served; Three years supervised release
Violation of Supervised Release: Eight months custody; re-imposition of one year supervised release.

Type of Supervision: Supervised Release

Date Supervision Commenced: 06/30/07

Assistant U.S. Attorney: David Malagold

Defense Attorney: Thomas Dunn

## PETITIONING THE COURT

[X]  To issue a warrant
[  ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |

1.

The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.'

On September 23, 2007, the offender was arrested by the Jersey City Police Department, and charged with the law violations of unlawful possession of a weapon (handgun), and being a certain person not to have a weapon.

2.

The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.'

On July 18, 2007, the offender was arrested by the Jersey City Police Department, and charged with the law violations of possession/manufacturing/distribute/dispense a controlled dangerous substance, possession of a controlled dangerous substance on or near school property, and possession of a controlled dangerous substance.

3.        The offender has violated the supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**'

The offender possessed a firearm, namely, a Highpoint 9 mm Lugar handgun on September 23, 2007, as evidenced by his arrest by the Jersey City Police.

4.        The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

The offender failed to follow the instructions of his probation officer not to frequent the area of Bergen, Lexington, and Bramhall Avenues in Jersey City, New Jersey, as evidenced by his September 23, 2007, Jersey City Police Department arrest.

The offender failed to follow the instructions of his probation officer not to frequent the area of Bergen, Lexington, and Bramhall Avenues in Jersey City, New Jersey, as evidenced by his suspected involvement in a drug transaction on July 18, 2007, at Bergen and Lexington Avenues, which led to his arrest by the Jersey City Police.

5.        The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender used ecstasy on September 11, 2007, as evidenced by his verbal and written admission during an office visit with the undersigned officer on September 12, 2007.

6.        The offender has violated the supervision condition which states '**You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.**'

The offender was on Lexington Avenue in Jersey City, New Jersey, on September 23, 2007, as evidenced by his Jersey City Police arrest.

The offender was in the area of Bergen and Lexington Avenues in Jersey City, New Jersey, on July 18, 2007 as evidenced by his Jersey City Police arrest.

7.        The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

The offender was with Rick Hazelwood a convicted felon, on September 23, 2007, as evidenced by their Jersey City Police Department arrest. Hazelwood was convicted in 1993 of homicide, and assault, as well as possession of a controlled dangerous substance in 2006.

PROB 12C - Page 3
Jabbar Pharmes

I declare under penalty of perjury that the foregoing is true and correct.

By:  Kevin J. Mullens
Senior U.S. Probation Officer
Date:  09/24/07

THE COURT ORDERS:

[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons.  Date of Hearing: _____.
[ ]  No Action
[ ]  Other

_____
Signature of Judicial Officer

_Sept. 26, 2007_
Date